Mark E. Ellis – 127159
Anthony P. J. Valenti - 284542
ELLIS LAW GROUP LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
avalenti@ellislawgrp.com

Attorneys for Defendant RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEERMATI DEO,<br><br>      PLAINTIFF,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>      DEFENDANT. | Case No.:  2:17-CV-00134-JAM-CKD<br><br>**DEFENDANT RASH CURTIS & ASSOCIATES' ANSWER TO PLAINTIFF'S COMPLAINT; AND DEMAND FOR JURY TRIAL** |

Defendant RASH CURTIS & ASSOCIATES, (hereinafter "Defendant") hereby responds to Plaintiff's Complaint as follows:

1.      As to paragraph 1, Defendant denies any implicit suggestion that Defendant has violated the FDCPA or Rosenthal FDCPA.

2.      As to paragraph 2, Defendant does not have sufficient facts to contest or not contest federal jurisdiction, and therefore reserves same.

3.      As to paragraph 3, Defendant does not contest personal jurisdiction.

4.      As to paragraph 4, Defendant does not contest venue.

5.      As to paragraph 5, Defendant admits Plaintiff is a natural person.

6.      As to paragraph 6, Defendant admits.

- 1 -

7. As to paragraph 7, Defendant cannot admit as it calls for a legal conclusion.

8. As to paragraph 8, Defendant admits.

9. As to paragraph 9, Defendant admits.

10. As to paragraph 10, Defendant admits it acted through its agents and employees.

11. As to paragraph 11, Defendant admits it attempted to collect a debt from Plaintiff.

12. As to paragraph 12, Defendant denies.

13. As to paragraph 13, Defendant denies.

14. As to paragraph 14, Defendant denies.

15. As to paragraph 15, Defendant lacks sufficient information to admit or deny this paragraph, and therefor denies it.

16. As to paragraph 16, Defendant lacks sufficient information to admit or deny this paragraph, and therefor denies it.

17. As to paragraph 17, Defendant denies.

18. As to paragraph 18, Defendant denies.

19. As to paragraph 19, Defendant denies.

20. As to paragraph 20, Defendant lacks sufficient information to admit or deny paragraph 20, and therefore denies it.

21. As to paragraph 21, Defendant admits.

22. As to paragraph 22, Defendant admits.

23. As to paragraph 23, Defendant denies these allegations.

24. As to paragraph 24, Defendant admits.

25. As to paragraph 25, Defendant denies.

26. Defendant denies generally and specifically that it violated either the FDCPA or the Rosenthal FDCPA or that its conduct caused Plaintiff any resulting injury or harm.

27. Defendant denies it intentionally violated Section 1692d(5) of the FDCPA.

28. Defendant denies that Plaintiff can establish standing under Article III of the United States Constitution.

DEFENDANT RASH CURTIS & ASSOCIATES' ANSWER TO PLAINTIFF'S COMPLAINT; AND DEMAND FOR JURY TRIAL

## AFFIRMATIVE DEFENSES

Pursuant to Federal Rule of Civil Procedure 8(c), Defendant sets forth the following matters constituting an avoidance or affirmative defense:

### FIRST AFFIRMATIVE DEFENSE

29. Defendant alleges that if it violated the FDCPA, it was due to a bona fide error notwithstanding policies and procedures established to avoid any such violation and Defendant it immunized from liability pursuant to 15 USC §1629k(d).

### SECOND AFFIRMATIVE DEFENSE

30. Defendant alleges that if it violated the Rosenthal FDCPA, it was due to a bona fide error notwithstanding policies and procedures designed to avoid any such violation, and Defendant is immunized from liability by virtue of Cal. Civil Code §1788.30(e).

### THIRD AFFIRMATIVE DEFENSE

31. Defendant reserves the right to assert additional defenses, if discovery indicates any additional defense is viable, but unpled.

WHEREFORE, Defendant prays for:

1. That Plaintiff takes nothing from this answering Defendant by this Complaint;
2. That Defendant be awarded judgment in this action;
3. Defendant be awarded attorneys' fees incurred herein, pursuant to statute;
4. Defendant be awarded costs of suit incurred herein; and
5. Defendant be awarded such other and further relief as the Court deems proper.

Dated: March 16, 2017

ELLIS LAW GROUP LLP

By /s/ Mark E. Ellis
Mark E. Ellis
Attorney for Defendant
RASH CURTIS & ASSOCIATES

DEFENDANT RASH CURTIS & ASSOCIATES' ANSWER TO PLAINTIFF'S COMPLAINT; AND DEMAND FOR JURY TRIAL

## DEMAND FOR JURY TRIAL

Defendant RASH CURTIS & ASSOCIATES hereby demands a jury trial in this matter.

Dated: March 16, 2017

                                    ELLIS LAW GROUP LLP

                                    By /s/ Mark E. Ellis
                                    Mark E. Ellis
                                    Attorney for Defendant
                                    RASH CURTIS & ASSOCIATES

DEFENDANT RASH CURTIS & ASSOCIATES' ANSWER TO PLAINTIFF'S COMPLAINT; AND DEMAND FOR JURY TRIAL

# CERTIFICATE OF SERVICE

I, Crystal R. Strong, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 740 University Avenue, Suite 100, Sacramento, CA 95825.

On March 16, 2017, I served the following document(s) on the parties in the within action:

**DEFENDANT RASH CURTIS & ASSOCIATES' ANSWER TO PLAINTIFF'S COMPLAINT; AND DEMAND FOR JURY TRIAL**

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| Amy L. Ginsburg<br>Kimmel & Silverman, P.C.<br>30 East Butler Pike<br>Ambler, PA 19002 | Attorneys for Plaintiff<br>VEERMATI DEO |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on March 16, 2017.

By _____
Crystal R. Strong

- 1 -

DEFENDANT RASH CURTIS & ASSOCIATES' ANSWER TO PLAINTIFF'S COMPLAINT