Rachel Rebecca Stevens (261360)
Amy Lynn Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA
Telephone: 215-540-8888
Facsimile: 215-540-8817
rstevens@creditlaw.com
aginsburg@creditlaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEERMATI DEO, | Case No.: 2:17-cv-00134-JAM-CKD |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO EXTEND THE DEADLINE FOR FILING OF DISMISSAL DOCUMENTS** |
| v. | |
| RASH CURTIS & ASSOCIATES, | Complaint Filed: January 20, 2017 |
| Defendant. | Trial Date: June 4, 2018 |

## **ORDER**

Pursuant to the Joint Stipulation to Extend the Deadline for Filing Dismissal Documents to March 16, 2018, and good cause having been shown, it is hereby ordered that stipulation is **GRANTED.** The parties shall file dismissal documents by March 16, 2018. **IT IS SO ORDERED.**

                                           /s/ John A. Mendez_____
                                           Hon. John A. Mendez
                                           United States District Court Judge