**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **VEERMATI DEO,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No.** |
| | § | **2:17-cv-00134-JAM-CKD** |
| **v.** | § | |
| | § | |
| **RASH, CURTIS & ASSOCIATES,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

Based on the stipulation of the parties, Plaintiff VEERMATI DEO and Defendant RASH, CURTIS & ASSOCIATES, this action is hereby dismissed with prejudice in its entirety. Each party will bear its own attorney's fees and costs.

Dated:  2/20/2018

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

- 1 -